RECEIVED
FEB 15 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEFFREY OTIS REDDEN, Plaintiff | CIVIL ACTION NO. 1:16-CV-00840 |
| VERSUS | JUDGE DRELL |
| WARDEN CARAJAL, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Amended Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendant's Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2241 is DENIED and DISMISSED WITH PREJUDICE for lack of jurisdiction.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment (Doc. 19) is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this ___ day of February, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT